**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Carol A. Labodiak |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of  RI |
| Case number | 19-10966-DF |

## Official Form 410S2

# Notice of Post-petition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor:  Quicken Loans Inc.        Court claim no. (if known):  7

Last 4 digits of any number you use to identify the debtor's account:   0608

Does this notice supplement a prior notice of post-petition fees, expenses, and charges?

x  No

☐  Yes. Date of the last notice:

### Itemize Post-petition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | 7/26/2019 | (5) $ | 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (5) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify:  Plan Review | 7/26/2019 | (11) $ | 150.00 |
| 12. Other. Specify: | | (12) $ | |
| 13. Other. Specify: | | (13) $ | |
| 14. Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Carol A. Labodiak | | | Case number *(in.)* | 19-10966-DF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _____     Date  07-30-19
   Signature

| Print | Derek A. Castello | | | Title | Attorney |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Bendett & McHugh, PC |
|---|---|

| Address | 60 Man-Mar Drive, Suite 7 |
|---|---|
| | Number                Street |
| | Plainville                        MA        02762 |
| | City                                State        ZIP Code |

| Contact phone | (860) 677-2868 | | Email | bkecf@bmpc-law.com |
|---|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In Re: 19-10966-DF** | ) | **Chapter 13 Proceeding** |
| | ) | |
| **Carol A. Labodiak** | ) | |
| **Debtor** | ) | |
| | ) | |
| **Quicken Loans Inc.** | ) | |
| **Creditor** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Carol A. Labodiak** | ) | |
| **and John Boyajian , Trustee** | ) | |
| **Respondent** | ) | **July 30, 2019** |

**<u>CERTIFICATION OF SERVICE</u>**

The undersigned (the "Movant") hereby certifies that, on or before the 30th day of July, 2019  a copy of the Creditor's Notice of Post-petition Mortgage Fees, Expenses and Charges was served to the following:

Carol A. Labodiak
Debtor
26 Marigold Cir
North Providence, RI 02904
*Via First Class Mail*

John Boyajian , Esq.
Trustee
*Via Electronic Notice of Filing*

Janet J. Goldman, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

By */s/ Derek A. Castello*
    Derek A. Castello
    Bar No. 9529
    Bendett & McHugh, P.C.
    60 Man-Mar Drive, Suite 7
    Plainville MA  02762
    Phone (860) 677-2868
    Fax (860) 409-0626
    Email: BKECF@bmpc-law.com